UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES EDWARD BALL,

      Petitioner,

v.                                                           Case No. 6:05-cv-1606-Orl-31KRS

STATE OF FLORIDA, et al.,

      Respondents.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254; however, Petitioner previously filed Case No. 6:02-cv-1361-31KRS, which was dismissed with prejudice on June 10, 2003. Thus, the present habeas petition is a second or successive application. Before Petitioner will be permitted to file a second or successive habeas corpus application in this Court, he must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the application. *See* 28 U.S.C. § 2244(b)(3)(A). Consequently, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that § 2244(b)(2) limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive habeas corpus petition. Furthermore, 28 U.S.C. § 2244(d) imposes a time limitation on the filing of a habeas corpus petition. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1.      This case is hereby **DISMISSED** without prejudice.

Dockets.Justia.com

2.    The Clerk of the Court is directed to close this case and to send Petitioner an

"Application for Leave to File a Second or Successive Habeas Corpus Petition  28 U.S.C. § 2244(b)

By a Prisoner in State Custody" form.

   **DONE AND ORDERED** at Orlando, Florida, this 10th day of November, 2005.


Copies to:
sa 11/10
Counsel of Record
James Edward Ball

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE